AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Julian Elie Khater

)
)
) Case No.
)
)
)
)

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Julian Elie Khater,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a) and (b) - Assault on Federal Officer with Dangerous Weapon;
18 U.S.C. §§ 111(a) and (b) - Assault on Federal Officer with Dangerous Weapon;
18 U.S.C. §§ 111(a) and (b) - Assault on Federal Officer with Dangerous Weapon;
18 U.S.C. § 372 - Conspiracy to Injure an Officer;
18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 1512(c)(2) - Obstructing or Impeding Any Official Proceeding;
18 U.S.C. § 1752(a)(1), (2), (4), (b)(1)(A) and (b)(1)(B) – Physical violence on restricted grounds, while carrying dangerous weapon, and resulting in significant bodily injury;
40 U.S.C. § 5104(e)(2)(f) – Violent entry and disorderly conduct, act of physical violence on Capitol Grounds; and
18 U.S.C. § 2 - Aiding and Abetting.

Date: 03/06/2021

Zia M. Faruqui
2021.03.06 16:15:28
-05'00'

*Issuing officer's signature*

City and state: Washington, D.C.    Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/6/2021, and the person was arrested on *(date)* 3/14/2021
at *(city and state)* NEWARK, NJ.

Date: 3-14-2021

*Arresting officer's signature*

Michael Lovett / Special Agent
*Printed name and title*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE: __JUDGE LEDA WETTRE__ |
| v. | MAGISTRATE NO.: __2:21:mj-13070__ |
| | DATE OF PROCEEDINGS: __3/15/2021__ |
| JULIAN KHATER | |
| | DATE OF ARREST: __3/15/2021__ |

PROCEEDINGS: __Rule 5 - Initial Appearance__

( ) COMPLAINT
(X) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL: ___ AFPD ___ CJA
(X) WAIVER OF HRG.: ___PRELIM ___IDENTITY
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: ___GUILTY ___NOT GUILTY
( ) PLEA AGREEMENT
(X) BRADY WARNING EXECUTED
( ) FINANCIAL AFFIDAVIT EXECUTED
(X) DEFENDANT CONSENTS TO VIDEO CONFERENCE

( ) TEMPORARY COMMITMENT
(X) CONSENT TO COMMITMENT TO ANOTHER DISTRICT
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: _____
   ( ) UNSECURED BOND
   ( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED _____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.   DATE: _____
( ) DETENTION / BAIL HRG.   DATE: _____
( ) TRIAL: ___COURT ___JURY   DATE: _____
( ) SENTENCING   DATE: _____
( ) OTHER: _____   DATE: _____

APPEARANCES:

AUSA __Olta Bejleri, AUSA__

DEFT. COUNSEL __Steven Altman, Phillip Nettl, Retained__

PROBATION _____

INTERPRETER _____
   Language: (     )

Time Commenced: __3:10 pm__
Time Terminated: __3:25 pm__
CD No: __Zoom__

*Kimberly Darling*
_____
DEPUTY CLERK

AO 466A (Rev. 12/17)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:21-mj-13070 |
| JULIAN KHATER | ) | |
| | ) | Charging District's Case No. 1:21-mj-286 (ZMF) |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*  District of Columbia.

I have been informed of the charges and of my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)   a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)   a hearing on any motion by the government for detention;

(6)   request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑   an identity hearing and production of the warrant.

☑   a preliminary hearing.

☐   a detention hearing.

☐   an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.  I request that my ☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 03/15/2021

s/ Julian Elie Khater
*Defendant's signature*

s/ Phillip Nettl
*Signature of defendant's attorney*

*Printed name of defendant's attorney*

AO 94  (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| JULIAN KHATER ) | Case No.  2:21-mj-13070 (LDW) |
| ) | |
| ) | Charging District's |
| *Defendant* ) | Case No.  21-mj-286 |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the _____ District of  Columbia ,
*(if applicable)* _____ division.  The defendant may need an interpreter for this language:
_____ .

The defendant: ☐ will retain an attorney.

☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:  03/15/2021

*Judge's signature*

Honorable Leda D. Wettre, USMJ
*Printed name and title*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag No. **21-mj-13080 (LDW)** |
| v. | **ORDER** |
| **JULIAN KHATER**, | |
| Defendant. | |

     Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, and as set forth on the record during the initial appearance of the defendant on this  **15th**  day of  **March**, 2021, in the presence of both the prosecutor and defense counsel in this matter, the Court confirms the United States' continuing obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, the Court's order to produce information, the granting of a continuance, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

*Leda Dunn Wettre*

Hon. Leda Dunn Wettre, USMJ
United States Magistrate Judge

Query   Reports   Utilities   Help   What's New   Log Out

CLOSED

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CRIMINAL DOCKET FOR CASE #: 2:21-mj-13070-LDW All Defendants

Case title: USA v. KHATER

Date Filed: 03/15/2021
Date Terminated: 03/15/2021

Assigned to: Magistrate Judge Leda D. Wettre

**Defendant (1)**

| | |
|---|---|
| **JULIAN KHATER**<br>*TERMINATED: 03/15/2021* | represented by **STEVEN D. ALTMAN**<br>BENEDICT & ALTMAN, ESQS.<br>247 LIVINGSTON AVENUE<br>NEW BRUNSWICK, NJ 08901<br>(732) 745-9000<br>Fax: (732) 214-1897<br>Email: saltman@benedictandaltman.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| COUNT 1: ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES 18:111; COUNT 2: CONSPIRE TO IMPEDE OR INJURE OFFICER 18:372; COUNT 3: CIVIL DISORDER 18:231; COUNT 4: INTIMIDATION OF WITNESSES, | |

JURORS, ETC; COUNT 5: IMPEDE OR
DISRUPT THE ORDERLY CONDUCT OF
GOVERNMENT BUSINESS 18:1752;
COUNT 6: ENGAGE IN PHYSICAL
VIOLENCE IN THE GROUNDS OR ANY
OF THE CAPITOL BUILDINGS; COUNT
7: AID/ABET/COUNSEL ANOTHER
CRIMINAL OFFENSE 18:2

**Plaintiff**

**USA**     represented by     **OLTA BEJLERI**
DOJ-USAO
970 BROAD STREET
NEWARK, NJ 07102
973-856-4023
Email: olta.bejleri@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/15/2021 | | Arrest (Rule 5) of JULIAN KHATER (kd) (Entered: 03/15/2021) |
| 03/15/2021 | 1 | Minute Entry for proceedings held before Magistrate Judge Leda D. Wettre:Initial Appearance in Rule 5 Proceedings as to JULIAN KHATER held on 3/15/2021, Defendant Consents to Video Conference, Defendant Advised of Rights, Waiver of Rule 5 Hearings, Defendant Consents to the Commitment to Another District, and Brady Warnings Executed. (CD #Zoom - 3:10.) (kd) (Entered: 03/15/2021) |
| 03/15/2021 | 2 | CONSENT TO VIDEO CONFERENCE ORDER as to JULIAN KHATER. Signed by Magistrate Judge Leda D. Wettre on 3/15/2021. (kd) (Entered: 03/15/2021) |
| 03/15/2021 | 3 | NOTICE OF ATTORNEY APPEARANCE: STEVEN D. ALTMAN appearing for JULIAN KHATER (kd) (Entered: 03/15/2021) |
| 03/15/2021 | 4 | WAIVER of Rule 5 Hearings by JULIAN KHATER (kd) (Entered: 03/15/2021) |
| 03/15/2021 | 5 | COMMITMENT TO ANOTHER DISTRICT as to JULIAN KHATER. Defendant committed to District of of COLUMBIA. Signed by Magistrate Judge Leda D. Wettre on 3/15/2021. (kd) (Entered: 03/15/2021) |
| 03/15/2021 | 6 | BRADY ORDER as to JULIAN KHATER. Signed by Magistrate Judge Leda D. Wettre on 3/15/2021. (kd) (Entered: 03/15/2021) |