## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA., *Plaintiff,* v. JULIAN ELIE KHATER, *Defendant.* | Case No. 1:21-cr-00222-TFH |

### MOTION FOR PRO HAC VICE ADMISSION OF JOSEPH TACOPINA

Pursuant to Civil Local Rules 83.2(c)(1) and 83.2(d), Defendant Julian Elie Khater, by and through undersigned counsel, moves this Court for an Order, permitting the *pro hac vice* appearance of attorney Joseph Tacopina on his behalf.

As set forth in the accompanying Declaration, Mr. Tacopina is a member of the New York Bar (Bar No. 2462737) and Connecticut Bar (Bar No. 28430), and is in good standing. His contact information is as follows:

> Joseph Tacopina
> Tacopina Seigel & DeOreo
> 275 Madison Avenue, Fl 35
> New York, New York 10016
> Telephone: (212) 227-8877
> Facsimile: (212) 619-1028
> jtacopina@tacopinalaw.com

This motion is supported and signed by Alvin H. Thomas, Jr., an active and sponsoring member of the Bar of this Court.

A proposed Order is attached.

WHEREFORE, Defendant respectfully requests that the Court grant this motion and admit Chad D. Seigel to practice before this Court *pro hac vice*.

Dated: April 8, 2021

Respectfully submitted,

*/s/ A. Thomas*

Alvin H. Thomas, Jr. (D.C. Bar No.484590)
Law Office of Alvin H. Thomas, Jr., PLLC
938 E. Swan Creek Road
Fort Washington, MD 20744
Tel: (301) 203-0893
athomas@ahthomaslaw.com
*Counsel for Defendant Julian Elie Khater.*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA.,

    *Plaintiff,*

v.

JULIAN ELIE KHATER,

    *Defendant.*

Case No. 1:21-cr-00222-TFH

## DECLARATION OF JOSEPH TACOPINA

Pursuant to LCvR 83.2(d) of the Local Rules of the United States District Court for the District of Columbia: I, Joseph Tacopina, hereby declare as follows:

1. My name is Joseph Tacopina. I am above the age of 18 and am fully competent to make this declaration.

2. I am a partner at Tacopina Seigel & DeOreo in New York, New York. My office address, telephone number and contact information are:

> Joseph Tacopina
> Tacopina Seigel & DeOreo
> 275 Madison Avenue, Fl 35
> New York, New York 10016
> Telephone: (212) 227-8877
> Facsimile: (212) 619-1028
> jtacopina@tacopinalaw.com

3. I am admitted to practice as member of the New York Bar (Bar No. 2462737) and Connecticut Bar (Bar No. 28430), and I am in good standing.

4. I am also admitted to practice before the following Federal Courts: United States District Court for the Eastern, Southern, Northern and Western Districts of New York and United States District Court of Connecticut.

5. I certify that I have not been disciplined by any bar.

6. I have never been admitted *pro hac vice* in this Court before.

7. I do not engage in the practice of law from an office located in the District of Columbia, and I am not a member of, or applicant to, the District of Columbia Bar.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

Executed on April 8, 2021

Joseph Tacopina
Tacopina Seigel & DeOreo
275 Madison Avenue, Fl 35
New York, New York 10016
Telephone: (212) 227-8877
jtacopina@tacopinlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 4-8-2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties or counsel of record registered with the CM/ECF system.

_____
Alvin H. Thomas, Jr. (D.C. Bar No.484590)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>JULIAN ELIE KHATER,<br><br>*Defendant.* | Case No. 1:21-cr-00222-TFH |

## ORDER

UPON CONSIDERATION of the Motion for *Pro Hac Vice* Admission of Joseph Tacopina, it is by the Court, this _____ day of _____, 2021, hereby

**ORDERED** that the Motion for Admission *Pro Hac Vice* of Joseph Tacopina is hereby GRANTED; and it is further hereby

**ORDERED** that Joseph Tacopina is admitted to appear and participate before this Court as additional counsel of record for Defendant Julian Elie Khater in this matter.

_____
UNITED STATES DISTRICT JUDGE