UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
---------------------------------------------------------X

UNITED STATES OF AMERICA

– against –

JULIAN ELIE KHATER,

Defendant.

---------------------------------------------------------X

**NOTICE OF MOTION**

**Docket No. 21-CR-00222 (TFH)**

PLEASE TAKE NOTICE, that upon the annexed declaration of Chad Seigel, Esq., attorney for defendant Julian Khater, dated April 20, 2021, the accompanying memorandum of law, and upon all papers and proceedings heretofore had herein, the undersigned will move this Court before the Hon. Thomas F. Hogan, United States District Judge, at the United States District Court, 333 Constitution Ave. NW, Washington, D.C. 20001, at a date and time to be fixed by the Court, for an Order:

Granting defendant Julian Khater release pending trial, pursuant to 18 U.S.C. § 3142, together with such other and further relief as this Court may deem just and proper.

Dated: New York, New York
April 20, 2021

                YOURS, ETC.

                JOSEPH TACOPINA, ESQ.
                CHAD SEIGEL, ESQ.
                Tacopina Seigel & DeOreo
                Attorneys for Defendant *Julian Khater*
                275 Madison Avenue, 35th Floor
                New York, N.Y. 10016
                Tel: (212) 227-8877

ALVIN H. THOMAS , JR., ESQ.
Law Office of Alvin H. Thomas Jr., PLLC
Attorney for Defendant *Julian Khater*
938 E. Swann Creek Road, #325
Fort Washington, MD. 20744
Tel: (301) 203-0893

TO:   Clerk of the Court
United States District Court
for the District of Columbia
United States District Court
333 Constitution Ave. NW
Washington, D.C. 20001

Hon. Thomas F. Hogan
United States District Court
for the District of Columbia
United States District Court
333 Constitution Ave. NW
Washington, D.C. 20001

AUSA Anthony F. Scarpelli
AUSA Gilead I. Light
U.S. Attorney's Office
for the District of Columbia
555 Fourth Street, NW
Washington, D.C. 20530