To whom it may concern in the case of Julian Elie Khater

Dear Sir/Madam,

My name is Maggie Dawoud and I was a coworker of Julian's at PNC Bank, Somerset, New Jersey from 2015 to 2016.

Julian was the nicest and most conscientious person to work with. He learned everything in record time and never missed an opportunity to better himself within our branch.

He was always upbeat and humorous, and whatever he was tasked with he would accomplish with good grace and efficiency.

I was shocked to see that the media were portraying him to be violent or a trouble maker! This is not the Julian I knew and worked with! He was such a quiet and shy person! He was always polite and courteous to customers and all who worked with him. As far as I'm concerned, Julian doesn't have the mildest inkling of a temper!

I have no doubt that whatever has been leveled against him is a mistake and my thoughts and prayers are with him and his family. I would work with Julian again in a heartbeat!

Thank you for your consideration to Julian and please do not hesitate to contact me for any further character reference.

Yours sincerely,
Maggie Dawoud

**Maggie Dawoud**