April 8th, 2021
Dear Sir/Madam,

My name is Elie Khater and I am Julian Khater's father.
I always strived and worked hard to raise a good family. I brought up my four sons to be productive members of society. I instilled in them good values, teaching them to be caring and respectful of others.

They all attended college, and Julian in particular always kept busy studying and working. He attended Raritan Valley College where he earned his Associates Degree in Business (2007-2009). He then attended Fairleigh Dickinson University from 2009 to 2011 where he earned his Bachelor's Degree in Business Administration and Management. While Julian attended college he always was employed. He worked at Peter's Liquors in New Brunswick from 2007 to 2012. He also worked as bar manager at Panico's Restaurant from 2011-2016, and from 2014 to 2016 as a financial sales consultant at PNC Bank in Somerset, New Jersey. From December 2016 to January 2018, he worked as an event ambassador and bartender at Top Golf in Edison, New Jersey. From January 2018 to January 2019 he managed and co-owned Frutta Bowls in Chapel Hill, North Carolina. Then from January 2019 to May 2020 he ran the Frutta Bowls in State college, Pennsylvania. He has worked and studied continuously since he was 17.

Julian always worked in the service industry. He was always well-liked by everyone and loved by his customers. He loved people and people loved him. Julian is a loving, caring, quiet and gentle human being. Any homeowner would love Julian as a neighbor; any business owner would love Julian as an employee; any parent dreams of having a son like Julian. Julian is always respectful and considerate of others, and he has never ever harmed a living being in his entire life. Julian always loved and cherished law enforcement (police, fire fighters, army etc.). Anyone who served our country in any capacity was his hero. In fact, one of his ambitions was to join the Sherriff's Department in Franklin Township, NJ.

Julian always kept busy with studies and work and was never involved in anything else. I was shocked and devastated to learn of his arrest in connection with the events of January 6th. Nothing could be further from the truth than the statements in the media that Julian is some kind of activist or agitator. Knowing my son

as I do, I can assure you that if he was there, it was to attend a peaceful rally, to listen to the speeches, and have fun. After all, no one expected this event to be anything other than peaceful, including the authorities in charge. Julian has never, and would *never* harm anyone, especially law enforcement which he cherishes. Julian happened to be at the wrong place at the wrong time.

It is my sincere hope that you take these notes and facts into serious consideration when thinking of Julian, and please do not hesitate to reach out to me at any time should you need anything else regarding Julian or this matter.

Very Sincerely yours,

Elie M Khater