April 2nd, 2021

**TO: The Judge presiding in the case of Julian Elie Khater**

Your Honor,

My name is Michael Khater. I am Julian Khater's only older brother, and hence have known him his entire life. I am writing you today to tell you what I know about Julian.

Julian was the quiet, sweet, gentle, shy, smiling, cheerful child that all parents wanted their kids to be friends with. Although he wasn't the most outgoing, Julian was extremely popular among friends, did very well throughout his academic endeavors, and was a standout athlete. While all the other guys in our town were out hunting, fishing, etc., Julian would convince his group to stay behind, and he would be playing basketball or table tennis with the younger family members and their friends, to keep them happy and entertained.

These are some of many reasons why I chose Julian to be the Godfather of my firstborn son. He is dependable, reliable, well-rounded, absolutely fantastic with my kids, and, most of all, *calm, considerate, gentle, and ALWAYS nice*. Julian would never hurt a fly. At least, in the 32 years he's been alive, I haven't seen it or even thought it could be possible. The thought of Julian planning or executing anything detrimental to himself or to others is simply inconceivable. When we would go out to eat together, sometimes after a long day at work, Julian couldn't even plan where and what to have for dinner, let alone plan anything else. He was a work-to-home, home-to-work type of a person, always.

While I understand the dark cloud hanging above this issue, I am writing to assure you that Julian is not the person he is being painted out to be. He is sweet, gentle, calm, and would never hurt anything or anyone, ever. His academic and entrepreneurial success, combined with his complete lack of any history of anything negative whatsoever, are testament to his character, and I hope my above statements have added to that track record of success in the community, in the workplace, and in life in general.

Please do not hesitate to contact me should you need anything further regarding this matter.

All the best,
Michael Khater