April 8th, 2021

To Whom It May Concern,

I am writing this letter on behalf of my older brother, Julian Khater, whom I have known for my entire life. Julian was always a funny, loving and caring older brother to me. He was always there when I needed him, and had my back through all of the ups and downs I have been through. Julian is a very friendly person and is always looking to crack jokes, go to events, and have a good time with his friends and family. I know my brother is not capable of intentionally harming anyone or being a part of any type of violence whatsoever. All of his friends, family, and co-workers can attest to his joking and kind-hearted nature.

When I heard of my brother's arrest I was in absolute shock, and the allegations made against him and the smear stories circulating of him in the media are an absolute misrepresentation of him and his character. My brother does have his beliefs and opinions, but would never take part in violent actions in order to voice his opinions. These stories and allegations truly do not represent my brother, our family, or his character at all.

If you would like any further information, please do not hesitate to reach out to any of us, that is, his friends and family.

Sincerely,

Christopher Khater