April 10th, 2021

To Whom It May Concern,

My name is John Khater, and Julian Khater is my brother.

I was devastated to hear the news that my brother had been detained in connection with the events and the rally on January 6th at the Capital in Washington, DC. I know my brother better than anyone, as I am only thirteen months younger than him. We were basically raised together and people thought we were twins.

My brother Julian is not the person portrayed in the news. The person I have had to read about is the opposite of my brother. He was always kind and protective of me, and I am sure I can speak for of all his siblings, cousins, and friends on that matter. He has never been an activist for anything. He had never attended a rally before. He is quiet and shy. He never even raises his voice. He is the kindest to children, and the chosen Godfather of many, many of our family's young in the next generation.

Julian has only ever been a caring, funny, thoughtful, compassionate, empathetic and protective brother. I cannot believe what is being said and circulated about him. This is not who Julian is in any way, shape, or form.

Please do not hesitate to contact me if you need any further information about my dear brother.

Sincerely,

John Khater