April 7, 2021

To Whom It May Concern,

I am writing this letter on behalf of Julian Khater, whom I have known since he was born. I am a close friend of the family, and for many years a frequent guest at their home as all the boys were growing up. I always thought of Julian as a shy, quiet, gentle boy. He was always well behaved, considerate of others, attentive to the younger children, and a helper around the house.

Of course I was completely shocked when I heard about his recent arrest as well as the idea of him being involved in anything violent, which totally defies the young man I have known him to be. I merely would like to attest to his good character, and that while we may not all have agreed politically on certain issues, I find it very hard to accept what he is being accused of, as it truly defies the Julian that I know.

Please do not hesitate to contact me if you should need further information.

Sincerely,

Alissa Latner

Closter Councilwoman