April 11th, 2021

To the Judge Presiding Over Julian Khater's Case:

Your Honor,

I was at work when I saw the news of my cousin Julian. I was shocked and speechless. Out of everyone in the world, Julian would be the last person I would think his could happen to. Julian and I were born 8 months apart. We are first cousins and were attached at the hip since birth. We were even baptized together. We grew up across the street from each other, went to the same school, hung out with the same group of friends and practically spent all day together. Julian has three brothers. Out of all of the siblings, Julian was always the calmest, most reasonable, pragmatic and always kept his brothers out of trouble. He was always protecting all of us from bullies and taking care of all of the younger ones of our group.

Julian attended Farleigh Dickinson University and graduated with a degree in finance. He has always worked hard, never got in trouble and is a contributing member of society. He joined our local church group with me where we helped the homeless, went on several religious retreats to help the people in need and held many events to raise money for our church and other not for profit organizations.

He has had many jobs with different areas of expertise and experience which he excelled at and was commended by all his employers. He has never been in trouble with the law. He is very family oriented and makes a special effort to see his nephews and our family even though for a time he was living in North Carolina and Pennsylvania. He would make special trips just to see us.

Julian a kind soul, loving person and is truly loved and supported by our entire family, many friends and people in our community. He is the last person on earth that would harm anyone, not even a bug.

Jennifer Bozovic
Licensed Title Producer/Paralegal