April 11th, 2021
To Whom it may concern,

    Upon hearing the news of Julian being detained, I was in shock. Having known Julian all if his life, and basically growing up together, I know he is one of the most considerate and kind people. We spent countless hours riding bikes, climbing, and playing tag. He was such a gentle person he could not even kill a bug without getting upset. He is an amazing uncle to his nephews and nieces, playing hide and seek and making funny faces to keep them entertained for hours. He never misses an opportunity to hang out with his family, whether it be on the average day, or on any special trips and holidays, since some of his brothers live out of state, and because family is so important to him. He comes from a very loving, tight-knit family that is well-respected in the community. Even as adults, we have spent many a holiday playing board games and charades after the main courses and deserts are completed, he has played tirelessly to keep everyone engaged in the game.

    In his work life he was the utmost professional employee and coworker. He was an exceptionally good team player and loved by many of the customers he served whether it was at PNC Bank, Top Golf, or even Panico's Restaurant. Also, while at Top Golf he exceeded performance in his job and was managing larger party bookings always being on top of any situation that should arise and diffusing any conflict peacefully. In short, he operates with integrity and is well liked by everyone. Julian is a person of high moral character, he never hesitates if someone needs a helping hand, and always one to ask if you need something before you even get a chance to ask.

    As a whole Julian is a reliable, trustworthy and loving person. I leave you with this example, Julian is the godfather of one of my nephews and during the ceremony my nephew would not sit still or stop crying, so Julian ever the problem solver spent most of the ceremony tickling my nephew's feet and playing peek-a-boo so he would not be crying the whole time.

    That is the Julian we all know and love.

Thank you.
Josephine Khater