April 6th, 2021

To whom it may concern,

Julian Khater is one of my closest and dearest cousins; so close, he is practically a brother to me. I have known him my whole life, and have always known him to be an affectionate and thoughtful person. When I was informed about Julian being in trouble, like the rest of the family, I was in disbelief. Julian would never hurt anyone or anything. He is one of the kindest and most empathetic people I know. I am one of the younger cousins in our family, and Julian would always stay behind to play with me when I wasn't able to partake in the older kids' activities. He would never let anyone feel left out or upset, and would rather sacrifice his wants just to put a smile on someone else's face.

Julian Khater is an honorable person, with good morals and a family that loves and misses him incredibly. He is an amazing uncle and Godfather, always putting his nieces and nephews needs before his own. He is an adored brother and son, always supporting his family in times of need. He is very involved in all family businesses and takes on many responsibilities to ensure the happiness of his family and the success of their investments. When his father became interested in the "Frutta bowls" chain, Julian was by his side, no questions asked. He even uprooted himself and moved to the location of the chain to aid his father in managing the new business. Even after moving away from his family, he manages to see all of his nieces and nephews by traveling from state to state constantly, only to brighten everyone's day and spend time with the people he loves most. He is a very trustworthy and family oriented man. He is a hard worker, and is thought of with the utmost respect with regards to his occupations and his everyday self. Julian could not hurt a fly, much less another person, and I know that will all of my heart. He comes from an upstanding family, with good morals and judgement.

I don't believe for one minute that my cousin could ever do something like he is being accused of. Julian Khater is a compassionate and patient person that stayed behind to play with me, his little cousin, because he cared more about my happiness than his own.

Thank you,
Joanna Khater