April 3rd, 2021
To whom it may concern:

Julian my cousin and the godfather of my second son.

Growing up with Julian was an absolute pleasure. Our family is very close. Even though we are cousins we practically grew up in the same home. We saw and played with each other as children on a daily basis. Julian was always the quiet one, very reserved and always kept to himself. When the news broke I was in complete shock, this is not my cousin Julian. Julian would never harm a fly. In fact, Julian was the one who avoided any conflicts, and the first to try to resolve any differences cordially. He spent his entire life working in the service industry. Julian worked in restaurants, taverns and even financial services industry with PNC Bank for some time. He was never involved in any altercation throughout his entire career.

He soon realized that entrepreneurship was for him and began to run his family business Frutta Bowl in a completely different state North Carolina. Even though he was in a different state he managed to adapt and make friends there, he pretty much made friends easily everywhere he went.

Julian is a very likable man, gentle and down to earth. Julian has never had any run-in with the law his entire life. This whole situation has left the entire family in disarray. Our family has never had any run-in with the law since my father and uncle immigrated here in 1976. We are raised to respect our country, our democracy and our law enforcement.

Amine M. Khater J.D. (cousin)