April 8th, 2021

To whom it may concern,

My name is Geeta Khater and Julian Khater is my brother-in-law. I have known Julian for 14 years and have watched him grow into a wonderful man.

When I heard about the incident Julian was involved in, I was shocked and then heartbroken. This could not be happening. Not once did I believe Julian could have done the things he was being accused off.

Julian is one of four brothers and by far the sweetest and kindest. He is my son Jason's Godfather and I know God chose him for a reason. He is always there when we need him and has never missed a family event. When the kids see him coming they get so excited!

I have also lived and worked with Julian and can attest to his amazing work ethic and consideration for those around him. He has always had a positive outlook on any problem we deal with at work and always kept himself busy. When the days were long, he kept me laughing.

I am asking that you please take this letter into consideration when thinking of Julian and understand that this is not something that is in Julian's nature.

Sincerely,
Geeta Khater