April 11th, 2021

To Whom It May Concern,

As Julian's uncle, I practically raised him most of his life with his father. Julian is a very hard working responsible person. Julian is always very kind to everyone. He is also a great uncle and cousin to all of the children in the family. Julian has always been a great employee and manager in all of his endeavors. My nephew has never had any run-ins with the law, and always respected all law enforcement. Julian never harmed anyone in his life and would never do anything to upset anyone; he is of a very quiet nature.

I was shocked to hear the news; this is not my nephew.
My nephew would never do anything like this. This situation has left my family in tears.

Please feel free to contact me if you need any additional information about my nephew Julian Khater and his character.

Sincerely,
Pierre Khater (uncle)

*Pierre m P*