April 5, 2021

To whom it may concern:

I am writing this letter on behalf of my nephew, Julian Khater. I have known Julian since birth. He was a great, shy kid and he grew into a loving, successful, and well-behaved young man. Everyone loves him. He finished college and sought different opportunities with different companies.

He then ventured into his own business, Frutta Bowls. He had an excellent track record and great relationships with all of his customers, never getting himself into any trouble.

When we heard of the event involving Julian, we were in total shock, because it absolutely defies the young man I have known him to be. Julian has always had high moral standards and great responsibility in his actions. I have always known him to be a peaceful, loving, great young man, and it is very hard to accept and believe what he is being accused of.

Again, I have known Julian all his life and he has a great personality as well as great character, and he does not have a mean bone in his body.

Sincerely,

Leila Farrelly