

04/04/2021

To Whom It May Concern,

As his aunt I testify with the whole truth as I have known Julian since he was born. He was the sweetest kid until this to this day he never hurt anybody or did anything bad to the community, always honest, helpful, polite, respectful of others and hard working businessman that all the customers had an excellent …