Kate Fox



*Email:*

April 2nd, 2021

**TO: The Judge presiding in the case of Julian Elie Khater**

Dear Sir/Madam,

My name is Kate Fox. I am Julian's aunt and so have known him all his life, visiting his family regularly. I am an anthropologist and author.

Julian always struck me as a kind, considerate and serious person. To my knowledge, he has never previously engaged in violence of any kind at all. Quite the opposite: even as a child and teenager, he was remarkably gentle and thoughtful - a peacekeeper and mediator, not a fighter. I have health problems, and it was always Julian who noticed when I was getting tired or struggling with something, always Julian who jumped to offer help.

As he grew up, Julian increasingly longed to do something meaningful with his life, to make a difference. He has a strong sense of duty, and his ambition was to join the Sheriff's department. But for his career offering him other opportunities at that time, he would now be a member of the Sheriff's department, serving and protecting his community.

Please do not hesitate to contact me if there is anything more I can do to help you.

Yours sincerely,
Kate Fox