April 3rd, 2021

To whom it may concern,

My name is Irina Khater, I am Julian's uncle's wife for over 20 years and that is how long I know Julian. He is a great, upstanding, extremely polite, hard working person with a big heart. He is always happy to help with absolutely anything, from preparing to cleaning after the family party, to fixing stuff around the house, to help anyone who just simply need any type of help. He is from a religious family, he goes to church and participates in church events. He is sweet, smart, generous, friendly, honest and very reliable man. He is amazing with kids, he is a great cousin to my sons and to everyone I know. There is absolute nothing bad that I could think of to say about Julian, except that he is a great man, big heart and open arms!

Please take this letter into consideration when thinking of Julian, and do not hesitate to contact me should you have any questions regarding this matter.

Sincerely,
Irina Albatova Khater