UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v.     )<br>)<br>GEORGE TANIOS and )<br>JULIAN KHATER, )<br>)<br>Defendants. )<br>) | Criminal Case No. 21-00222 (TFH) |

## ORDER

Defendants Julian Khater and George Tanios seek to be released on bond pending trial. *See* ECF Nos. 18 & 19. The Government opposes both motions. *See* ECF No. 21. Having considered all materials submitted to the Court, the evidence, arguments by counsel, and the factors set forth in 18 U.S.C. § 3142(g), the Court finds that the Defendants would pose a danger to the community if released.

Pursuant to 18 U.S.C. § 3142(e), the Court finds that no condition or combination of conditions of release will reasonably assure the safety of the community. For these reasons and for all of the reasons stated on the record in the bench opinion dictated at the May 11, 2021 hearing on the Defendants' motions, it is hereby

**ORDERED** that Defendant Khater's Motion for Release from Custody [ECF No. 18] and Defendant Tanios' Motion to Review Order of Detention [ECF No. 19] are **DENIED**.

**SO ORDERED.**

Dated: May 12, 2021

THOMAS F. HOGAN
United States District Judge