# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 21-CR-00222 (TFH)
)
JULIAN ELIE KHATER )

## NOTICE OF APPEAL

Name and address of appellant:   Julian Elie Khater
Correctional Treatment Facility
1901 E St., S.E.
Washington, D.C. 20003

Name and address of appellant's attorney:   Joseph Tacopina, Esq.
Chad Seigel, Esq.
Tacopina Seigel & DeOreo
275 Madison Avenue, 35th Floor
New York, N.Y. 10016
Tel: (212) 227-8877

Offense:   18 U.S.C. 372; 18 U.S.C. 111; 18 U.S.C. 231(a)(3); 18 USC 1512(c)(2); 18 U.S.C. 1752(a), 40 U.S.C. 5104(e)(2)(F)

Concise statement of judgment or order, giving date, and any sentence:

05/12/2021: Order of Detention Pending Trial.

Name and institution where now confined, if not on bail:   Correctional Treatment Facility, 1901 E St., S.E., Washington, D.C. 20003

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

May 25, 2021
DATE

/s/ Julian Elie Khater
APPELLANT

/s/ Joseph Tacopina
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ☐
PAID USDC FEE ☐
PAID USCA FEE ☐

Does counsel wish to appear on appeal?   YES ☑   NO ☐
Has counsel ordered transcripts?   YES ☐   NO ☑
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES ☑   NO ☐