# EXHIBIT D

FD-302 (Rev. 5-8-10)

- 1 of 2 -

**FEDERAL BUREAU OF INVESTIGATION**


OFFICIAL RECORD

Date of entry   03/26/2021

JULIAN KHATER (KHATER), date of birth ████████ SOCIAL SECURITY ADMINISTRATION NUMBER ████████ was interviewed post arrest at the FBI NEWARK FIELD OFFICE, 11 Centre Place, Newark, New Jersey, 07102 by FBI Special Agent (SA) RILEY PALMERTREE and FBI SA MICHAEL LOVETT. After being advised of the identities of the interviewing Agents and the nature of the interview, KHATER was advised of his rights under Miranda via the FD-395 FBI Advice of Rights form. KHATER waived his Miranda rights verbally and in writing.

*The below is an interview summary; it is not intended to be a verbatim account and does not memorialize all the statements made during the interview. Communications by the parties in the interview room were electronically recorded. The recording captures the actual words spoken. The recording is included in the accompanying physical 1A Package.*

KHATER was present at the US CAPITOL on January 6, 2021. KHATER had traveled to the US CAPITOL with GEORGE TANIOS (TANIOS).

On January 6, 2021, TANIOS carried a backpack that contained at least two types of pepper sprays while at the US CAPITOL. TANIOS carried the aforementioned backpack for TANIOS and KHATER, because KHATER did not want to carry a backpack. TANIOS bought the pepper spray. KHATER did not spray the bear spray seen in Image 2; KHATER did not even take the safety off. KHATER sprayed a smaller pepper spray meant for use on humans.

KHATER identified himself by circling himself in and writing his initials on the following images, which were numbered by SA PALMERTREE:

- 1
- 2
- 3
- 4
- 6

Investigation on   03/14/2021   at   Newark, New Jersey, United States (In Person)

File #  89B-WF-3407013

Date drafted   03/17/2021

by  PALMERTREE RILEY MARTIN

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

KHATER_000801

FD-302a (Rev. 5-8-10)

89B-WF-3407013

Continuation of FD-302 of (U) Interview of Julian Khater ,On 03/14/2021 ,Page 2 of 2

KHATER responded verbally that GEORGE TANIOS was in Image 7.

KHATER was shown two videos, which are stored in the accompanying 1A Package:

- A clip of US CAPITOL surveillance video from January 6, 2021
- An clip of METROPOLITAN POLICE DEPARTMENT (MPD) bodycam footage taken from MPD Officer ROBERT BROWN's BWC on January 6, 2021