UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:21-cr-00222 (TFH) |
| | : | |
| **GEORGE PIERRE TANIOS,** | : | |
| | : | |
| and | : | |
| | : | |
| **JULIAN ELIE KHATER,** | : | |
| | : | |
| Defendants. | : | |

### GOVERNMENT'S RESPONSE TO PRESS COALITION'S APPLICATION FOR ACCESS TO VIDEO EXHIBITS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully provides the Court with this response regarding the Application for Video Access to Video Exhibit, Document 62. As grounds for this response, the government states the following:

1. On February 24, 2022, the "Press Coalition" filed a request with this Court seeking access to defendant Khater's video exhibits, specifically, access to defendant Khater's "video and audio recording of [his] interrogation on March 21, 2021." *Id.* at 2. This video exhibit was referenced in defendant's Khater's motion to Suppress Statements, Document 53 and 54-3.

2. On March 10, 2022, the Court ordered the parties to "file any response to Press Coalition's Application for Access to Video exhibits by March 21, 2022." *Minute Order* dated March 10, 2022.

3.      Since this exhibit is part of Defendant Khater's filing and not the government, the government does not object to the Press Coalition's request.

                              Respectfully submitted,

                              Matthew M. Graves
                              United States Attorney
                              DC Bar No. 481052

By:   _____/s/_____
Anthony Scarpelli
D.C. Bar No. 474711
Gilead Light
D.C. Bar No. 980839
Assistant United States Attorneys
Violent Crime and Narcotics Trafficking Section
555 4th Street, NW, 4th Floor
Washington, DC 20530
(202) 252-7707 (Scarpelli)
(202) 252-6880 (Light)
Anthony.Scarpelli@usdoj.gov
Gilead.light@usdoj.gov

Date: March 21, 2022