UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**GEORGE PIERRE TANIOS,**<br><br>and<br><br>**JULIAN ELIE KHATER,**<br><br>             Defendants. | Criminal Action No.  21-0222 (TFH) |

## PRE-TRIAL ORDER

In accordance with the matters discussed during the April 11, 2022 videoconference hearing in this case, and in order to administer the trial of this case in a manner that is fair and just to the parties and is consistent with the goal of completing the trial in the most efficient manner, it is hereby

**ORDERED** that Defendant Julian Elie Khater's [67] Unopposed Motion to Continue Trial and Reset Motion Schedule is **GRANTED**.  It is further

**ORDERED** that counsel shall comply with each of the following procedures and requirements:

1.     TRIAL.  The trial will begin with jury selection on **October 5, 2022 at 9:30 a.m.** in a courtroom to be determined according to the applicable courthouse protocols regarding the on-going COVID-19 pandemic.

2. <u>PRE-TRIAL CONFERENCE.</u>  A pre-trial conference will be held on **August 31, 2022 at 10:00 a.m.** in Courtroom 26A. The Court will rule on any objections to proposed exhibits, to the extent possible, at the pre-trial conference, hearing argument as necessary.

3. <u>PRE-TRIAL MOTIONS.</u>  Oppositions to all pending pre-trial motions shall be filed by **June 30, 2022** and replies shall be filed by **July 14, 2022**. A pre-trial motions hearing will be held on **July 27, 2022 at 10:00 a.m.** in Courtroom 26A.

4. <u>STATUS HEARING.</u>  A status hearing will be held via ZOOM on **June 22, 2022 at 11:00 a.m.**

5. <u>JOINT PRE-TRIAL STATEMENT.</u>  The parties shall file a Joint Pre-trial Statement by **August 24, 2022** that contains the following:

   a. <u>a one-paragraph joint statement</u> of the case for the Court to read to prospective jurors;

   b. <u>proposed *voir dire* questions</u> that include:
      i. the *voir dire* questions on which the parties agree; and
      ii. the *voir dire* questions on which the parties disagree, with specific objections noted below each disputed question and supporting legal authority (if any);

   c. <u>the text of proposed jury instructions</u>, which are formatted so that each instruction begins on a new page, and indicate:
      i. the instructions to which the parties agree;
      ii. the instructions to which the parties disagree, with specific objections noted below each disputed instruction and supporting legal authority (if any); and
      iii. the proposed instruction's source (*e.g.*, the Red Book, Matthew Bender's Federal Jury Instructions) or, for modified or new instructions, its supporting legal authority;

   d. <u>a list of expert witnesses</u>, accompanied by a brief description of each witness's area of expertise and expected testimony, followed by specific objections (if any) to each witness;

    e. <u>a list of any prior convictions</u> that the government intends to use for impeachment or any other purpose, followed by specific objections (if any) to that use;

    f. <u>a list of exhibits</u> that each party intends to offer during trial, with a brief description of each exhibit, followed by specific objections (if any) to the admissibility of any exhibits;
        i. All exhibits are to be marked in advance of trial and listed on the exhibit form furnished by Courtroom Deputy Clerk Andriea Hill. The written list of exhibits must contain a brief description of each exhibit.
        ii. At the commencement of trial, counsel shall furnish the Court with two sets of binders containing their exhibit lists and copies of their pre-marked exhibits.

    g. <u>any stipulations</u> executed or anticipated to be executed; and

    h. <u>a proposed verdict form</u> that includes a date and signature line for the jury foreperson, as well as proposed special interrogatories (if any).

In addition to filing the Joint Pre-trial Statement on **August 24, 2022**, the parties shall transmit, in Word format, an electronic copy of (a) any proposed modification to a standard jury instruction, (b) any non-standard jury instruction, and (c) the verdict form, by email to Chambers (c/o Andriea_Hill@dcd.uscourts.gov).

6. <u>TRIAL PROCEDURES.</u>  Following the pre-trial conference, the Court will issue an order regarding trial procedures that sets out the schedule, the jury selection process, and other general rules to govern the trial.

**SO ORDERED.**

April 12, 2022

                                              Thomas F. Hogan
                                          United States District Judge