# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 1:21-cr-222 (TFH) |
| : | |
| **JULIAN ELIE KHATER,** : | |
| : | |
| **Defendants.** : | |

## JOINT MOTION TO CONTINUE THE AUGUST 24, 2022 STATUS HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant through counsel Chad Seigal, Esquire, and Joseph Tacopina, Esquire, respectfully request that the Court continue the status hearing set for August 24, 2022, at 10:00 a.m., to September 1, 2022, at 4:00 p.m. As grounds for this request, the government states the following:

1. On July 27, 2022, at a status hearing, the Court continued the matter to August 24, 2022, at 10:00 a.m.

2. Since the status hearing, the parties have discussed certain aspects of this case and issues that may resolve the case short of a trial. The parties would like additional time to resolve those issues.

3. Based on the forgoing, the parties request that the Court set this matter for a status hearing on September 1, 2022, at 4:00 p.m., or a date convenient for the Court with sufficient time

to address certain aspects of the case.

                              Respectfully submitted,

                              Matthew M. Graves
                              United States Attorney
                              DC Bar No. 481052

By:             /s/
                              Anthony Scarpelli
                              D.C. Bar No. 474711
                              Gilead Light
                              D.C. Bar No. 980839
                              Assistant United States Attorneys
                              Violent Crime and Narcotics Trafficking Section
                              601 D Street, NW, 5th Floor
                              Washington, DC 20530
                              (202) 252-7707 (Scarpelli)
                              (202) 252-6880 (Light)
                              Anthony.Scarpelli@usdoj.gov
                              Gilead.light@usdoj.gov


                              Chad Seigal, Esquire
                              Joseph Tacopina, Esquire
                              275 Madison Avenue, 35th Floor
                              New York, N.Y. 10016
                              (212) 227-8877
                              cseigel@tacopinalaw.com
                              jtacopina@tacopinalaw.com
                              Counsel for Julian E. Khater