## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | **Case No. 1:21-cr-00222 (TFH)** |
| | : | |
| GEORGE PIERRE TANIOS, | : | |
| | : | |
| and | : | |
| | : | |
| JULIAN ELIE KHATER, | : | |
| | : | |
| Defendants. | : | |

### GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby motions this court for a continuance of the sentencing dates set for both defendants in this case. The government has conferred with defense counsel for both defendants, who do not oppose this motion. In support of this motion, the government states as follows:

1.  On July 27, 2022, defendant George Pierre Tanios entered a plea of guilty to one count of entering the restricted grounds of the U.S. Capitol, in violation of 18 U.S.C. 1752(a)(1) and (b)(2), and one count of disorderly conduct on restricted grounds in violation of 18 U.S.C. 1752(a)(2) and (b)(2). This Court scheduled defendant Tanios' sentencing for December 6, 2022.

2.  On September 1, 2022, defendant Julian Elie Khater entered a plea of guilty to two counts of assaulting a federal law enforcement officer in violation of 18 U.S.C. 111(a)(1) and (b). This Court scheduled defendant Khater's sentencing for December 13, 2022.

3.  On October 14, the government received confirmation that a criminal trial in a separate matter involving a detained defendant before the Honorable Judge Amy Berman-Jackson was

being rescheduled to commence on December 6, 2022. This trial is scheduled to last approximately one week, and will prevent government counsel (AUSA Light) from being able to participate in sentencing proceedings for both defendants.

4. The government has communicated with counsel for both defendants, who have no opposition to rescheduling both sentencings to a date in January.

5. After conferring with the parties and with the courtroom deputy, the parties respectfully request that the sentencing for defendant Tanios be rescheduled for January 13, 2023, at 10:00 AM, and that the sentencing for defendant Khater be rescheduled for January 13, 2023, at 2:00 PM. The parties additionally request that the deadline for submitting sentencing memoranda be reset to January 6, 2023.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:   */s/ Gilead Light*
Gilead Light
D.C. Bar Number 980839
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C.  20530
Telephone: 202-252-6880
Email: Gilead.light@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Case No. 1:21-cr-00222 (TFH)** |
| | : | |
| **GEORGE PIERRE TANIOS,** | : | |
| | : | |
| and | : | |
| | : | |
| **JULIAN ELIE KHATER,** | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Upon the Court's review of the Government's Motion to Continue Sentencing, and upon finding good cause shown, it is, hereby

**ORDERED** that the government's motion is granted.

It is further **ORDERED**, the sentencing for George Tanios shall be set for 10:00 A.M. on January 13, 2023, and the sentencing for Julian Khater shall be set for 2:00 P.M. on January 13, 2023. Sentencing memoranda from all parties are due on January 6, 2023.

Date: _____

_____
Thomas F. Hogan
United States District Judge
for the District of Columbia