# Nicholle Sicknick – Impact Statement

Nearly twenty-three years ago while putting myself through college, having lived for years in rented rooms, I went on a date with the most thoughtful, gentle man I knew.  His name was Craig, we'd been friends for a year, and I was terrified.  I was terrified because I loved him dearly, but also valued his friendship, and didn't want to risk losing it.  I was terrified because he talked about his family, and without knowing them I knew they were good people, and where I come from, good people kept their distance from penniless nomads who lived in rented rooms and worked two jobs to afford both groceries and tuition.  But I went on that date, anyway, being scared, because I knew Craig was a good person who knew where I came from and wanted to take me out anyway.  A few weeks later I met his family, and I'm not sure they knew how to take me.  Not many people did back then.   I was suspicious, scrappy, and sarcastic, and didn't know how to act in a family, so I winged it. And they gave me a chance.  They gave me a chance when many others didn't.   They listened even when I was difficult to understand.  They didn't always know if they were saying the right things; neither did I.  But they opened their hearts and gave me a place.   They welcomed me as family, and though I'd never felt settled in my life, eventually, here, I was.   In time I found myself as much a member of the family as any of them - Craig, Gladys, Chuck, Ken, or Brian.  After years of existing rootless and surrounded by callous indifference, I was for once surrounded by people who loved, valued, and protected one another.   It was a tough adjustment, but I made it, and it made a difference in my life.

Then late morning on January 7, 2021, after I'd watched hours of mayhem on the news, my phone rang.  It was Craig, and his voice was choked. His brother, my brother-in-law, Brian, had collapsed in his office.  It made no sense, because Brian had texted the night before, shaken but in good spirits, having said nothing about being injured or feeling ill.   My stomach turned.  Brian had always been healthy.  Why would he collapse?   But Craig didn't know either.  I waited hours for another call, and then it came. Brian had had two strokes, he was unresponsive, and his prognosis was grim. I asked my husband in disbelief if this meant Brian would die, and he frantically answered yes. After I heard myself scream, "Why?" the voices on T.V. slurred into the background and a fist clutched my throat.  I sobbed on the floor for not sure how long.  How could Brian die?  He sounded fine yesterday.   How could Brian die?  He was only 42. How could Brian die?  He was my friend.  How could Brian die?  He was an amazing person.  How could Brian die?  We all loved him.   How could Brian die? He was only doing the right thing.  My mind raced on but no answers came.

What followed was a blur.   Reporters pounding the doors. Silencing my phone to stop all the ringing. Photographs of Brian flashing repeatedly on the TV until I turned that off, too.   Crying.  Then hearing my family crying.  All of them.  Crying in the bathroom till I threw up.  Listening to my family crying some more.   Listening to them scream at one another in confusion and rage.   Blue and red lights, miles and miles of them, for hours.   Sirens.  More crying.  Until I was physically ill from electrolyte loss.   The sounds of everyone's voices turned unbearable because all I could hear in those voices was fear and loss.   Then the sound of nobody knowing what to say for a long time.  The silence was as maddening as the noise. Filling it with more crying.  Till I was sick again. And asking why.  But never getting an answer.   Just angry voices and sad faces all around me.  From people I'd never seen angry and sad in twenty years.  Where I came from anger and sadness were all over, wherever you turned, but not in this family.   What happened?  There was once joy.  There was once comfort. There was once laughter.  There was once a sense of shelter.   So many memories and moments were once cherished.

I was lucky to find a family who helped my heart to become better.   And you, Mr. Khater, snuffed all that out with a spray can of chemicals.  Just because you could. You took it away from us with your malice and hatred.   Just because you could.  Now, because of you, the comfort, the joy, the laughter, the safety, the memories, became drowned in rage and sadness and terror and tears.   How could this happen?

Because of Hate.  Your hate did this.  The same hate that rallied thousands to take up arms against the nation that allowed their rights and freedoms, and attack that same nation and those who defended those very rights and freedoms.   All because some malignant, self-important egomaniac told them to do so.  Many times this has happened in history, the world over. Any American with basic knowledge of history knows - or should know - where this leads.   And yet, American citizens like you, took it upon yourselves to brutally attack, maim, and kill, fellow Americans, because you fancied one man - one woefully misguided man - wished you to do it?  When did it become okay to commit violent crime - or any crime - just because someone else wished it?   Never.  The S.S. officers on trial at Nuremberg learned this the hard way, and if there's any justice in the world, so will you.

What did my brother-in-law Brian - someone you'd never even met - ever do to justify your vicious abuse of him?  He was here doing his job, protecting the people he'd sworn to protect, and for doing this, you felt he deserved to be attacked and sprayed with npoison?  You didn't even belong in the Capitol.   You were there for the sole purpose of destruction, and Brian died protecting the innocent from people like you.  You destroyed Brian Sicknick, my brother-in-law and friend, because it suited your whims.   You destroyed the hearts of every member of Brian's family, just because it suited your whims.  An innocent man, a loving brother, and a good friend, and the hearts of the people who loved him, have been destroyed by you, just because it suited your whims. My, my, I hope that makes you proud of yourself.