Sandra Garza – Victim Impact Statement

*Judge Hogan, thank you for allowing me to speak before you today and give my victim impact statement.  This is something I have been waiting two years for and it means a lot to me that I am finally allowed to have my voice heard regarding the two defendants, Tanios, and Khater.*

Since the insurrection and since Brian Sicknick's death on January 7, 2021, I have seen ZERO remorse from either defendant.  I have not heard any statements of sorrow for participating in the insurrection, for assaulting my long-time partner of over 11 years or any statements from any of their family members.  I find this reprehensible.  I understand that their attorneys probably advised them not to make any statements regarding Brian, BUT from a place of humanity, this is not acceptable and disturbing.  Expressing sorrow for the passing of someone to their loved ones is not an expression of guilt, but an expression of being human!!  I know if I assaulted someone or participated in the planning of someone who was assaulted who later died, I would be filled with remorse, pain, and anguish.  Clearly, these two defendants do not feel any empathy.  Any sorrow they may feel is for themselves and the consequences they now face.

This is further demonstrated by their actions in the days leading up to January 6th and the day of.  Both defendants went to great lengths to plan their attack on law enforcement with defendant Khater having full knowledge that defendant Tanios was going to a gun store to purchase items for the insurrection.  Tanios originally tried to buy firearms, but when he was told that was not legal by the gun store manager still would not back down and tried to buy pepper ball guns.  When that failed because he was told those weren't legal either, EXASPERATED, he settled on buying four cans of two types of bear spray.  He knew FULL WELL bear spray is not meant for human beings.  Bear spray is meant to take down over 650-pound grizzlies, yet he bought them intending to use them on innocent law enforcement officers.

Though there is no "proof" defendants Tanois and Khater used bear spray on Brian and the other officers, considering Tanios bought bear spray and Khater yelled, "Give me that bear shit" once they were in the crowd in Washington, D.C., a reasonable person can infer that was the chemical substance used on Brian.

Once Brian was sprayed in the face, he was incapacitated.  Khater and Tanios thought nothing of the fact that approximately over 30,000 angry people were wanting law enforcement officer's heads and that while he was incapacitated, he could have easily been overpowered and rioters could have taken his gun.  This angers me that even after he was sprayed in the face, they continued to stay in the crowd having no remorse for what just occurred.  Further, after the dust settled and defendants Tanios and Khater left the grounds, for MONTHS they knew Brian had died, they knew they participated in the insurrection, and they did not turn themselves into the FBI.  This shows a callousness and maliciousness that disgusts me.

*Brian was such a wonderful, warmhearted, and caring person.  He suffered and his life was taken from me.  I love Brian and I miss him dearly. I cried myself to sleep most nights after his death. Just two nights ago, I was crying because I saw a movie on television we both loved and watched frequently.*

*After his death, which was so public, not one single person had anything negative to say about him. That's why it hurts me so much that defendants Tanios and Khater assaulted him. Had they gotten to know him, they would have liked him, and that is why it's very sad and very painful for me to accept what they did.*

*When he first died, I was disregarded by some in power because we weren't married, and I have been forced to minimize my own suffering. But we were together longer than some marriages last.*

*When you're talking about a death, a death is extremely stressful on an individual and on a family. The stress from January 6th has given way to a point of no return for many in law enforcement and their families. The stress has had a significant impact on our health and well-being. There are times when I have felt beaten down. Every day, I have to muster the strength to be a powerful voice for Brian. It's hard for me, and it takes its toll on my health and well-being. But I am willing to go the extra lengths to ensure justice for Brian.  All individuals that participated in the insurrection need to be held accountable for their actions.*

<u>Prior to having fully processed all of this,</u> I did have some empathy for defendants Khater and Tanios.  I saw them as people who were brainwashed by our former President. Two young men who were fed lies and thought they were doing the right thing by America.  As a clinical social worker, I know we are all shaped by genetics, early childhood experiences, adult life experiences, any trauma we have encountered and that some brains are more vulnerable to persuasion by charismatic characters in our world.  However, as I reflected on everything, I realized I didn't see a shred of remorse, or sorrow or any attempts for them to make a statement through their attorneys or family members.  It was then I realized they aren't sorry for their actions.

For this reason, Judge Hogan, I am asking for the maximum sentence you can impose.  I realize it will not bring back Brian, nor give him peace in his last moments on earth, but it will give some sense of justice in my universe.

Thank you.