# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:21-cr-00222 (TFH) |
| | : | |
| **GEORGE PIERRE TANIOS,** | : | |
| | : | |
| and | : | |
| | : | |
| **JULIAN ELIE KHATER,** | : | |
| | : | |
| Defendants. | : | |

## GOVERNMENT'S NOTICE OF VICTIM IMPACT STATEMENTS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court and the parties that the following individuals will address the Court in person during sentencing on January 27, 2023:

1) Gladys Sicknick
2) Ken Sicknick
3) Craig Sicknick
4) Nichole Sicknick
5) Charles Sicknick
6) Sandra Garza

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:   /s/ Gilead Light
Gilead Light
D.C. Bar Number 980839
Assistant United States Attorney
United States Attorney's Office
601 D Street, N.W.
Washington, D.C.  20530
Telephone: 202-252-6880
Email: Gilead.light@usdoj.gov