# EXHIBIT B

Honorable Thomas Hogan                                                    Dec 27th, 2022
United States District Court
District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington D.C. 20001


Your Honor,


My name is Eleanor Fox, and I am Julian Khater's mother.  Up until 2017 I resided with Julian in New Jersey.  I now reside in the United Kingdom.

Your Honor, I know that, as Julian's mother, you will assume that I will have nothing but glowing sentiments towards my son. In this case however, it is true. I have four sons. Julian is the second. He was two weeks late being born and I had to be induced. My others all took at least a year to sleep through the night. Julian slept through the night at three weeks. I would put him in his playpen and do my housework and come back and find he had fallen asleep. As a toddler, he would walk around with his hands clasped behind his back like a little old soul. If his younger brother, who was only a year behind him, lost his pacifier and was crying, he would take his out of his mouth and give it to him. Your honor, I won't bore you with reems of baby stories. I just want to emphasize that Julian has always been the caring one, the easy child, the helpful son and brother.

We moved to Lebanon in 1994 when Julian was 5 years old. Everyone loved Julian because he was so quiet and sweet. His brothers would be off exploring the mountains and he would be playing with his younger cousins who couldn't go off by themselves. He was shy, kind, and grew up to also possess a dry sense of humor. We could always count on him to come out with something witty at just the right moment, having kept quiet during the conversation, listening, and observing. He was my introvert, my thoughtful one.

When we had to move back to the U.S. in 2006, Julian entered a whole new environment in High School in Franklin, New Jersey. He didn't know anyone, and my heart would break as he would sit alone during lunch. He eventually joined the youth group at the Catholic Maronite church and was very active in the church community. We always joked that Julian would become a priest. His faith hasn't wavered throughout this ordeal. His college days were difficult as he had a 45-minute commute to Fairleigh Dickinson University, but he never missed a day and graduated with honors.

What meant something to Julian, and what has always meant something to him, is to give back to his community. Lebanon fostered that in him, being a very tight knit society and very family and community orientated. Julian wanted to join the Sherriff's department. But for a DUI, which he massively regretted, he would have been there instead of at the Capitol on January 6th.

Why would he join that rally, is the question I most frequently ask myself? Julian once wrote in a college essay about his personality and desires that he doesn't have the drive to be a leader; he would rather work quietly in the background. Possibly it is this desire to please and follow that took him there with his friend. I don't know. He feels very strongly in terms of social justice and standing up for the right thing.

In hindsight, it was a mistake he deeply regrets. A moment of youthful folly, one now which will impact the rest of his life.

You honor, as a mother I am appealing to you, to your understanding of a mistake which can change the course of my son's life, to kindly regard this incident as an awful mistake, not a reflection of Julian, nor of his life's goals and possibilities. Julian has done nothing but pray during his incarceration. He formed a prayer group for his fellow inmates. I know that, given a second chance he will lead a peaceful and holy life, maybe even becoming the priest we joked about.

Please accept my fervent appreciation of the task facing you, and the momentous impact it will bring to bear on my son's future. I am not excusing his actions, your Honor, only pleading for a second chance for Julian to truly live a life of service and repentance. I place my son in your hands, in the desperate hope that you will show him compassion and leniency.

Yours very sincerely,

Eleanor Khater

