# EXHIBIT C

December 18, 2022

Honorable Thomas Hogan
United States District Court
District of Columbia
E. Barrett Prettyman U.S. Courthouse

333 Constitution Avenue, NW Washington, DC 20001

Dear Judge Hogan,

My name is Josephine Khater, a resident in the state of New Jersey.  I am a home infusion pharmacist currently employed and licensed in New Jersey.  I am writing to you, your honor, in reference to the upcoming sentencing of Mr. Julian Khater.  I am Julian Khater's cousin and have known him his entire life. I am very aware of the facts and events surrounding Julian's case and guilty plea.

      Having known Julian all if his life and basically growing up together I know he is one of the most considerate and kind people. We spent countless hours riding bikes, climbing and playing tag. He is an amazing uncle to his nephews and nieces playing hide and seek and making funny faces to keep them entertained for hours. He never misses an opportunity to hang out with his family, whether it be on the average day or on any special trips and holidays since some of his brothers live out of state, because family is so important to him. And he comes from a very loving tight knit family that is well respected in the community. Even as adults we have spent many a holiday playing board games and charades after the main courses and deserts are completed, he has played tirelessly to keep everyone engaged in the game. In his work life he was the utmost professional employee and coworker. He was an exceptionally good team player and loved by many of the customers he served whether it was at PNC Bank, Top Golf, or even Panico's Restaurant. In short, he operates with integrity and is well liked by everyone.  Julian is a person of high moral character, he never hesitates if someone needs a helping hand, and always one to ask if you need something before you even get a chance to ask. As a whole Julian is a reliable, trustworthy and loving person. I leave you with this example, Julian is the godfather of one of my nephews and during the ceremony my nephew would not sit still or stop crying, so Julian ever the problem solver spent most of the ceremony tickling my nephew's feet and playing peek-a-boo so he would not be crying the whole time. That is the Julian we all know and love.

      In conclusion, Julian is very remorseful for his actions and will work very hard to create a good future for himself. For this reason, we ask for leniency when sentencing Julian.

Thank you.

Josephine Khater

*Josephine Khater*