EXHIBIT E

Honorable Thomas Hogan  January 15th, 2023
United States District Court
District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington D.C. 20001

Your Honor,

My name is Elie Khater. I am Julian's father. I am a property owner and manager in the New Brunswick area of central New Jersey. I have resided in New Jersey since I immigrated to the US on December 27th of 1976. I was the first in my family to move to the United States, coming here as a foreign student attending Rutgers University. After college I got married and had four boys.

I write to you today as my son Julian's sentencing is coming up on January 13th of 2023. What happened on January 6th of 2021 does not define Julian. I hope you take into consideration my letter, and the many letters written on Julian's behalf, while preparing his sentencing.

Your honor, I take pride in working hard, and have raised a good family – a family of good values and great ethics. We are a family that cares and respects others. My four boys are all upstanding citizens who work hard and are productive members of society. I instilled in my kids the love of God, family, and the love and service of the country.

Since Julian was born, he was quiet, calm, and sweet. He was always the easiest to take care of, and simply content with a toy to remain calm and distracted. Julian never fussed. He was always happy. He always shared what he had with others; he would even give his pacifier to his younger brother as a baby if his brother was looking for his own. Julian was never aggressive or possessive. He got along with his brothers, cousins, and friends at all times.

Once Julian started going to school, all the comments we got from his teachers were what a sweetheart, calm, quiet, and easygoing person he was. They always mentioned how polite and respectful Julian was.

I always instilled in my children to help the poor and the needy among us. Our family is hospitable, caring, generous, very giving, and welcoming. We housed many people who have immigrated from Lebanon over the years, fleeing war and a destabilized environment, until they were able to take care of themselves and lead successful and productive lives in the US. Julian grew up on these values and lived them every day.

However, Julian himself was the victim of war trauma during the horrible events of July 2006 in Lebanon.

In 1994, we as a family decided to move back from New Jersey to my hometown in the Beqaa Valley of Lebanon. At the time, the country was at peace, and the environment was extremely community oriented. I took the family back in order to instill community and family values that

have always been deep-rooted in our country and culture. Julian and his three brothers went to a school where he had many friends, and the school and teachers instilled cultural and interpersonal values that have stayed with him and have been part of his character ever since.

Fast forward to July 12th, 2006, the war erupted between Hezbollah and Israel. Due to our hometown's geographical position, planes were hitting targets all around our area. While we were sleeping, bombing and shelling would wake us up every night. It was horrible and the children were terrified. Then, we began to get calls from our family in the US to get out of Lebanon and come back home. Moreover, it got so bad that the US State Department put a statement out to all US citizens to evacuate Lebanon or remain in the country at their own risk.

One week into the July 2006 war, we decided to leave the town with two other families to Beirut. The trip would take us an hour and a half from our home to our destination. There were literally no other vehicles on the road at the time because any moving vehicle in the area was in danger of being targeted by air bombing. Thirty minutes into our drive, the planes had hit a target less than half a mile ahead of us based on our route. The plumes of smoke and debris from the bombing obstructed our view and destroyed our side of the road. My wife and kids, including Julian, were screaming "go back, go back!" because they feared for their lives. However, we communicated with the other two families, and when the smoke cleared, we came to the conclusion that going back was just as dangerous as finishing the trip. So, we crossed over to the opposite side of the road, got around the rubble, and we continued on our journey. Some minutes later, we encountered three or four tarped trucks on the side of the road. They had been hit by the same wave of air bombing and were still smoldering. Halfway into our trip, we reached a 'safe area' with no bombardment and knew we could finish the journey. We stopped to talk, and all three families were shaking and traumatized by the events that had recently occurred.

It took us about another forty minutes, and we reached an apartment where we took shelter in the city. Based on the message from the US Department, we were under the assumption we would be contacted to evacuate within hours or days. Two more days passed without updates. Then, I went to the US Embassy and stood in a long line for hours just to get nowhere. After that, I returned to the apartment and informed my family to pack up and physically report to the port of evacuation the next morning. We woke up at 4AM and drove to the port. Once we arrived, there were thousands of people packed onto a bridge overlooking the port, on the side of the main road, waiting to evacuate. The people were shoulder to shoulder, in sweltering heat, with nowhere to move, to go to the bathroom, or to eat or drink, from 4AM until 4PM. After almost twelve hours, we got to the Marines, where they took us into a small boat, which transported us to the USS Trenton to evacuate to Larnaka, Cyprus. While in Beirut, we witnessed the nonstop bombardment of West Beirut, mostly at night, which left a lasting and traumatic effect on Julian and other family members. The moment we boarded the USS Trenton marked the first time that day that we had anything to drink or eat for over twelve hours.

It took the ship another eight hours to embark on its journey to Cyprus. When we arrived, we got screened by the authorities and they took a bus to a camp that was equipped with cots in hangars, similar to a refugee camp. Each hangar contained approximately 500 beds with only three bathrooms. We then were taken to the airport, where we waited anther eight hours to get on a

military transport plane to Rammstein Air Force Base in Germany. We arrived the next day at approximately 3AM local time, marking over 48 hours since we were evacuated. We remained at Rammstein in similar conditions to the camp in Cyprus for over another five hours. We then were transported to Fort Dix in New Jersey, a perilous journey totaling over three days of hell. Nobody got any sleep, and the children left everything behind, including their friends, family, lives, and most sentimental belongings.

The reason I mention this in detail is because these events had a deep, meaningful effect on Julian in particular, and it was so traumatic for him. These events left a lasting, damaging impact on Julian.

The trauma of the war has affected Julian ever since. Any time Julian goes through a stressful event or is confronted with a difficult situation, he suffers from panic attacks. Over the years since the 2006 evacuation, Julian had numerous panic attacks, some passing without hospitalization. These attacks would vary in duration and intensity.

From 2012 to 2014, Julian was hospitalized due to these anxiety attacks on numerous occasions. His anxiety was crippling in some cases, to the extent that he would scream to his mom, "please come sit next to me, I feel like I can't breathe and feel like I'm going to die." His heart would race, and he would suffer from shortness of breath. In some of these occasions, we would have to call the ambulance to take him to the hospital. On two occasions, even after being discharged from the hospital, Julian would get home and almost immediately begin demanding to be taken back for additional treatment due to the persistence of the panic attacks. The last episode Julian had before his incarceration was in 2021, after he was forced to close down his business due to the COVID-19 pandemic. He was hospitalized at Mount Nittany Medical Center in State College, PA. As recently as Friday, January 13th, 2023, the date that was arranged for us to see Julian at the jail for the first time in 611 days, I found out that Julian had an anxiety attack that evening upon speaking to him over the phone the next day.

Your honor, Julian suffers from a medical condition. He does not need any more time behind bars. He needs medical attention. If Julian is given a second chance, I'm absolutely certain he can become someone like Jack Brewer, someone who can help other prisoners successfully transition back into society.

For someone like Julian, who has absolutely no history of violence and no prior record, the punishment he has gone through already is enough; he spent most of the past two years in solitary confinement and in other extreme and horrible conditions, without seeing any members of his family for 611 days.

While in high school, Julian had a very hard time fitting in; the change was a culture shock for him. It took him quite a while to make friends. Despite this, Julian spent much of his time volunteering to serve the poor and the needy. He used to spend most weekends at the soup kitchen in New Brunswick to help serve a hot meal to those in need. Whenever we had guests and served food, Julian used to always say, "save the leftovers so I can take them to the soup kitchen for the needy." In his teens, he joined the Maronite Youth Organization (MYO) at our

Catholic church, where he helped organize events, raise money, and provide for those in need. He was always available when there was a need to set up for those events.

Julian graduated from high school, then he earned an Associate's degree in business (2007-2009). He attended Farleigh Dickinson University from 2009 to 2011, where he earned his Bachelor's degree in business administration and management. Since his high school and through college, Julian always maintained a job. He worked at Peter's Liquors in New Brunswick, New Jersey from 2007 until 2012. He then worked as a bar manager at Panico's Restaurant in the same town from 2011 until 2016. From 2014 to 2016, he also maintained a job as a financial sales consultant at PNC Bank in Somerset, New Jersey. From December 2016 to January 2018, he worked as an event ambassador and bar manager at Top Golf in Edison, New Jersey. From January 2018 to January 2019, he managed and co-owned a Frutta Bowls health food restaurant in Chapel Hill, North Carolina. Then, from January 2019 to May 2020, he started up and managed another Frutta Bowls location in State College, Pennsylvania, where he had 30 employees.

Julian was always a hard worker as a student, as an employee, and as a business owner. He always got along with his peers and his community. He never had problems with anyone. His teachers, coworkers, employers, and employees always spoke highly of Julian and his work ethic. All the people who knew Julian noticed how loving, caring, quiet, and gentle he is.

Even in jail, Julian found time to serve others. He volunteered to distribute the food trays, to clean the general areas, to collect the laundry, and to perform any other task that will provide a service to his peers. Julian has never had any past run-ins with the law. He was always supportive of law enforcement, and always looked up to them. He appreciates all they do for our society day in and day out. He even, at one point in time, wanted to become a Sherriff to serve his community.

As a family, we also have never had any past run-ins with the law prior to the January 6th incident. We are a very well-known, respected family in our community. Julian is included in this as a well-respected and prominent member of our family and his community.

Your Honor, the incidents that took place on January 6th took a toll on the entire family, especially the young ones. While I know the gravity of the situation, I ask you to be lenient when sentencing Julian. I know in my heart that Julian can serve the society much better on the outside of the prison bars then on the inside. I know, without a hint of doubt, that, should Julian be given a second chance, he would be the prime example of an upstanding citizen. I'm certain that Julian had ample time to reflect and be remorseful about the events of January 6th.

In closing, we as a family are tremendously sorry for those who were affected by the events at the Capitol on January 6th. We ask you again to be lenient while sentencing Julian.

Sincerely,

Elie Khater