EXHIBIT G

Honorable Thomas Hogan  December 20th, 2022
United States District Court
District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, DC 20001


Your Honor,

My name is Michael Khater. I am Julian Khater's only older brother, and hence have known him his entire life. I am a Senior Project Manager in Instructional Design, working as a Department of Defense (DoD) and US Army contractor, providing eLearning solutions to Soldiers, veterans, and government personnel. I write to you today as you prepare for my brother's sentencing. I feel there are many factors -- beyond the moment in time in question -- that ought to be taken into consideration when it comes to Julian and his case.

Julian was always the quiet, sweet, gentle, shy, smiling, cheerful child in the family. All the elders would constantly comment about how sweet Julian was to everyone at all times, and how he "couldn't hurt a fly." He was the child that all parents wanted their children to be friends with. Although not the most outgoing or extroverted, Julian was extremely popular and left a lasting, meaningful impact on his groups of friends, both in the US and abroad, throughout his upbringing. He excelled academically, and was a standout athlete, winning table tennis district championships in Lebanon. While everyone else was out and about, Julian would remain at home with the younger children and his friends, playing basketball, table tennis, or soccer to keep them entertained.

These are some of the many, many reasons why I chose Julian to be the Godfather of my firstborn son. He is dependable, reliable, well-rounded, absolutely amazing with my children (and all children), and, most of all, *compassionate, considerate, calm, and kind.* The thought of Julian planning, or executing, *anything* harmful or detrimental to himself or others is absolutely unfathomable. During the brief period in time where he lived with my family as he transitioned into business ownership, we would sometimes elect to go out and eat together after a long day of hard work. Julian couldn't even plan and decide where to have those dinners, ever, let alone plan something like the actions surrounding his case. He was always a peaceful, home-to-work, work-to-home type of a person.

While I understand the dark cloud hanging over him and his case leading up to Julian's sentencing, I am writing to assure you, beyond a hint of doubt, that Julian is nothing like the person he is portrayed by the media. They don't know him; I do. He is sweet, considerate, gentle, calm, and understanding, and would never harm anything or anyone. His academic and entrepreneurial success, combined with his complete lack of any criminal history or anything

negative on his record whatsoever, are testament to his character. I only hope that my statements in this letter have reinforced and added to that track record of Julian's success and good character in the community, in the workplace, at home, and in life in general.

I ask of you, your honor, as you reflect on this case this holiday season, in the time leading up to the date of sentencing, that you consider my character letter and other letters on Julian's behalf, and that you find it in your heart and mind to exhibit leniency. The isolated incident at the center of Julian's case does not, and should not, in any way, be a gauge to determine or judge his character. He is a wonderful individual and deserves a second chance to prove just that.

Please to not hesitate to contact me at any time should you have any questions or need anything further regarding this matter.


All the best,
Michael Khater
Project Manager
Vertex Solutions, LLC
732-439-8014