# EXHIBIT J

Honorable Thomas Hogan						Dec 27th, 2022
United States District Court
District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington D.C. 20001

Your Honor,

My name is John Khater, and I am Julian's younger brother. Julian is 13 months older than me and when we were younger, people thought we were twins. I was always the feisty child, whereas Julian was the quiet, shy one. Older brothers usually pick on younger ones, but Julian never did. He would share his toys and hold my hand.

Growing up, we were joined at the hip, and Julian always took care of me. In Lebanon, he could have run off and left me when the older kids were playing and exploring, but he always stayed behind with me and my younger cousins.

When we moved back to America, we went to the same high school, and Julian was my only friend there. We ended up going to the same university, Fairleigh Dickinson, and commuted often together. Needless to say, there is a strong bond between us.

Your Honor, my brother cannot be defined by this one incident. I cannot bear the though that he is viewed as a violent person because nothing could be further from the truth. Julian has always been the caring brother, the diplomat. My nephews love him and to this day ask where Uncle Julian is. He's their Godfather and best friend. Whenever he calls from jail, they run to the phone and ask when he's coming home. He always tells them to pray and go to church. He is a person of great faith and family values, and this one mishap in his life shouldn't tarnish his otherwise impeccable life.

I implore you, your Honor, to treat him with mercy and compassion, and leniency. I need my brother home.


Sincerely yours,

John Khater