# EXHIBIT K

December 19, 2022

Honorable Thomas Hogan
United States District Court
District of Columbia
E. Barrett Prettyman U.S. Courthouse

Dear Judge Hogan,

    My name is Joanna Khater and I am a resident of the state of New Jersey. I am currently working in the design field and will soon be a licensed architect. I am writing to you regarding Julian Khater's upcoming sentencing. I am fully aware of the facts surrounding his guilty plea.

    The Khater family is an extremely close family, and Julian in particular is one of my closest cousins. Growing up he was a role model to me, a superhero. Always patient and kind, and always thinking of others. I am one of the youngest cousins in my family, usually forgotten or left behind by my older cousins. Julian never left me behind, he would stay back to spend time with me when no one else wanted to. He never let anyone feel left out and is truly a caring soul.

    Julian is the kind of person always putting his family first. He is very involved in all family businesses and takes on many responsibilities to ensure the happiness of his family and the success of their investments. When his father became interested in the "Frutta bowls" chain, Julian was by his side, no questions asked. He even uprooted himself and moved to the location of the chain to aid his father in managing the new business. Though he moved away from the family he continuously would travel to see us all, especially his niece and nephews.

    Julian continues to be a role model to our whole family, always hard working, kind and devoted to the people and things he loves. He is an honorable man, with good morals and a pure heart. He always puts others' needs before his own regardless of the cost.

    In conclusion your honor, I ask for your leniency when sentencing Julian. He is a kindhearted and humble man who is very remorseful for what he did.

Thank you,
Joanna Khater

*Joanna Khater*