| | Government | ✓ |
|---|---|---|
| | Plaintiff | |
| | Defendant | |
| | Joint | |
| | Court | |

UNITED STATES OF AMERICA

VS.  Civil/Criminal No. 21-CR-222-1

JULIAN KHATER

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 3 | Video | 1/27/23 | | | |
| 4 | Video | 1/27/23 | | | |
| 5 | Video | 1/27/23 | | | |
| 6 | Video | 1/27/23 | | | |
| 7 | Video | 1/27/23 | | | |
| 9 | Video | 1/27/23 | | | |
| 10 | Video | 1/27/23 | | | |
| 11 | Video | 1/27/23 | | | |
| 12 | Video | 1/27/23 | | | |
| | | | | | |