**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
-------------------------------------------------------X

**UNITED STATES OF AMERICA,**

– against –                                                              **Docket No. 21-CR-00222 (TFH)**

**JULIAN ELIE KHATER,**

      **Defendant.**
-------------------------------------------------------X

**UNOPPOSED MOTION TO CONTINUE**
**RESTITUTION HEARING**

Defendant Julian Elie Khater, through his counsel, Tacopina Seigel & DeOreo, respectfully submits this motion to request, <u>with the consent of the Government</u>, that the restitution haring in this matter, presently scheduled for April 27, 2023, be continued until late June of 2023, or anytime thereafter that is convenient to the Court.

Notably, the instant request is made because defense counsel is scheduled to start a trial in the United States District Court for the Southern District of New York on April 25, 2023, that is expected to last for approximately two weeks.

As referenced above, defense counsel has conferred with Assistant United States Attorneys Anthony Scarpelli and Gilead Light, who consent to this application on behalf of the Government.

WHEREFORE, Mr. Khater, with the consent of the Government, respectfully requests that the Court adjourn the restitution hearing until a date no earlier than late June of 2023.

DATED this 2nd day of April, 2023.

                                                     /s/ Chad Seigel
                                                   Chad Seigel, Esq.
                                                    Tacopina Seigel & DeOreo
                                                   Attorneys for Defendant *Julian Khater*
                                                   275 Madison Avenue, 35th Floor
                                                   New York, N.Y. 10016
                                                   Tel: (212) 227-8877

## CERTIFICATION OF SERVICE

I hereby certify that on April 2, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia, which will send notification of such filing to the following CM/ECF user:

Anthony F. Scarpelli, Esq.
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530
(202) 252-7707
Fax: (202) 514-8707
Email: anthony.scarpelli@usdoj.gov

Gilead I. Light, Esq.
U.S. ATTORNEY'S OFFICE
555 4th Street NW
Ste 4832
Washington, DC 20816
202-252-6880
Email: gilead.light@usdoj.gov

    /s/ Chad Seigel
Chad Seigel, Esq.
Tacopina Seigel & DeOreo
Attorneys for Defendant *Julian Khater*
275 Madison Avenue, 35th Floor
New York, N.Y. 10016
Tel: (212) 227-8877