UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 21-cr-222-1 (RJL) |
| v. | : | |
| | : | |
| GEORGE PIERRE TANIOS, | : | |
| | : | |
| and | : | |
| | : | |
| JULIAN ELIE KHATER, | : | |
| | : | |
| Defendants. | : | |

### GOVERNMENT'S RESPONSE TO MOTION TO ACCESS VIDEO EXHIBITS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs this Court that all Video Exhibits which are the subject of the Press Coalition's motion are currently in the possession of the Coalition, having been provided to the Coalition following the detention hearing in this case. The undersigned Assistant has communicated with counsel for the Press Coalition, and has confirmed that all exhibits referenced by the government at the sentencing hearing on January 27, 2023, are in the possession of the Press Coalition. The undersigned Assistant is authorized to represent that counsel for the Press Coalition is now satisfied that the government has complied with the request, and the parties respectfully inform the Court that no further action is necessary.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

1

          By:          _____/s/_____
                 Gilead Light
                 D.C. Bar No. 980839
                 Assistant United States Attorney
                 601 D Street, NW,
                 Washington, DC 20530
                 (202) 252-6880
                 Gilead.light@usdoj.gov