UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:21-cr-00222 (RJL) |
| | : | |
| | : | |
| JULIAN ELIE KHATER, | : | |
| | : | |
| Defendants. | : | |

**GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE RESTITUTION HEARING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby motions this court for a continuance of the restitution hearing currently set for August 10, 2023. The government has conferred with defense counsel for defendant Khater, who does not oppose this motion. The government has learned from the United States Marshals Service that the defendant will not reach the jurisdiction in time for the scheduled hearing. The government thus respectfully requests that the Court reschedule the restitution hearing for a date sometime in September, when counsel for the defendant is able to travel to the jurisdiction. The government further requests that the Court reset the deadlines for filing restitution memoranda accordingly.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:  */s/ Gilead Light*
Gilead Light
D.C. Bar Number 980839
Anthony Scarpelli
D.C. Bar No. 474711
Assistant United States Attorney
United States Attorney's Office

601 D Street, NW  
Washington, D.C.  20530  
Telephone: 202-252-6880  
Email: Gilead.light@usdoj.gov